753 A.2d 686

IN THE MATTER OF THE GRANT OF THE CHARTER SCHOOL APPLICATION OF THE GREATER BRUNSWICK CHARTER SCHOOL, MIDDLESEX COUNTY.

Argued February 29, 2000—Decided June 28, 2000.

*James L. Plosia, Jr.,* argued the cause for appellant, Highland Park Board of Education (*Apruzzese, McDermott, Mastro & Murphy,* attorneys; *Mr. Plosia* and *Joseph C. DeBlasio,* of counsel and on the briefs).

*Lois H. Goodman* argued the cause for respondent, Greater Brunswick Charter School (*Carpenter, Bennett & Morrissey,* attorneys; *Ms. Goodman* and *Stephen F. Payerle,* of counsel, *Ms. Goodman, Mr. Payerle* and *Melissa B. Popkin,* on the briefs).

*Michelle Lyn Miller,* Deputy Attorney General, argued the cause for respondent State Board of Education (*John J. Farmer, Jr.,* Attorney General of New Jersey, attorney; *Nancy Kaplen,* of counsel; *John K. Worthington,* Deputy Attorney General, on the briefs).

*David G. Sciarra,* Executive Director, Education Law Center argued the cause for amicus curiae Abbott plaintiffs (*Mr. Sciarra* and *Gibbons, Del Deo, Dolan, Griffinger & Vecchione,* attorneys; *Mr. Sciarra, Lawrence S. Lustberg* and *Lori Outzs Borgen,* on the brief).

*Richard E. Shapiro* submitted a brief on behalf of amicus curiae Asbury Park Board of Education.

*John G. Geppert, Jr.,* submitted a letter in lieu of brief on behalf of amicus curiae Morris School District (*Wiley, Malehorn and Sirota,* attorneys).

*Christopher J. Christie* submitted a brief on behalf of amicus curiae New Jersey Charter Public Schools Association (*Dughi and Hewit,* attorneys; *Mr. Christie* and *Gary L. Riveles* on the brief).

PER CURIAM.

We affirm the judgment below substantially for the reasons stated in the opinion of the Appellate Division, reported at 320 *N.J.Super.* 174, 727 *A.*2d 15 (1999), except to the extent that it is modified by our decision in the companion appeal of *In the Matter of the Grant of the Charter School Application of Englewood on the Palisades Charter School, In the Matter of the Grant of the Charter School Application of the Classical Academy Charter School of Clifton, Passaic County, In the Matter of the Grant of the Charter School Application of the Franklin Charter School, Somerset County,* 164 *N.J.* 316, 753 *A.*2d 687 (2000), also decided today.

*For affirmance as modified*—Chief Justice PORITZ, and Justices STEIN, COLEMAN, LONG, LaVECCHIA, HAVEY and CARCHMAN—7.

*Opposed*—None.